

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,109-01

### EX PARTE TY COLBY MORTON, Applicant

### ORDER PURSUANT TO TEXAS RULE OF APPELLATE PROCEDURE 9.10

*Per curiam.*

### ORDER

This cause is before this Court on application for writ of habeas corpus from trial court case number W9908-1 in the 35th District Court of Hood County.

The Clerk of this Court has discovered sensitive data in the record, namely: personal identification number. TEX. R. APP. P. 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing

the following documents to redact or seal the documents pursuant to this order:

1.      Clerk's Record, page 30 (indictment)



Filed:  January 25, 2016

Do not publish